IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE ESTATE OF MAX AND JOYCE ELIASON and Max D. Eliason who is a protected person ME,<br><br>          Plaintiffs,<br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS et al.,<br>          Defendants. | VEXATIOUS LITIGANT ORDER<br><br><br>Case No. 2:23-cv-785-TS-CMR<br><br><br>Judge Ted Stewart |

On May 29, 2024, the Court issued a Vexatious Litigant Order against Brett L. Eliason.[1] The Order provided notice of the filing restrictions and an opportunity for Mr. Eliason to oppose the Order before it went into effect. The Order gave Mr. Eliason ten days to file an objection. On May 30, 2024, he filed two motions, neither of which were an objection to the Vexatious Litigant Order,[2] and the time to file an objection has now lapsed. Accordingly, the Court will enter the following filing restrictions on Mr. Eliason in any case in which he is proceeding pro se, as were previously noticed in the Court's May 29th Order:

1. Any new civil complaint Mr. Eliason submits to this court will be collected by

   the Clerk of the Court and sent to a Magistrate Judge for review.

---

[1] Docket No. 109.

[2] Docket Nos. 112, 113.

2. The Magistrate Judge will then review the complaint to determine whether it is meritorious and should be filed, or whether it is meritless, duplicative, or frivolous.

3. If the Magistrate Judge determines that the complaint is meritless, duplicative, or frivolous, the Magistrate Judge will forward the complaint to the Chief District Judge for further review.

4. Only with the Chief District Judge's consent will the complaint be filed.

5. Mr. Eliason's pleadings must be certified as provided in Fed. R. Civ. P. 11.[3]

DATED June 12, 2024.

BY THE COURT:

_____

TED STEWART
United States District Judge

---

[3] Docket No. 109, at 12.